IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOHAMMAD SAEED AMJADIYAN,

    Petitioner,

v.                                                                              No. 2:26-cv-0219 KG/KRS

DORA CASTRO, WARDEN, Otero County Processing Center;
MARY DE ANDA-YBARRA, Field Officer Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; and PAMELA BONDI,
U.S. Attorney General,

    Respondents,[1]

ORDER TO ANSWER AND GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Before the Court is Petitioner Mohammad Saeed Amjadiyan's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) (Petition), filed on January 30, 2026. Petitioner is a citizen of Iran and challenges his detention in Immigration and Customs Enforcement (ICE) custody at the Otero County Processing Center in New Mexico. Also before the Court is Petitioner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. (Doc. 2) (IFP Motion). It appears Petitioner is unable to prepay the $5.00 habeas filing

---

[1] The Petition lists the Warden as a party Respondent. The Court adds the above-mentioned parties as additional Respondents in this case. *See Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

fee. The Court will grant the IFP Motion pursuant to 28 U.S.C. § 1915(b)(4) and Petitioner shall be excused from prepaying the filing fee.

Petitioner states that he has been in ICE custody since June 23, 2025. (Doc. 1) at 1. He further states that on November 5, 2025, an immigration judge entered an order denying asylum and granting a withholding of removal under the Convention Against Torture. *Id.* at 2 and 9-12 (Order of the Immigration Judge). Petitioner filed an appeal of the Order on November 17, 2025 with the Bureau of Immigration Appeals, which is pending. *Id.* at 2. Petitioner seeks release from immigration detention. *Id.* at 7.

Having conducted an initial review of the Petition, the Court will order Respondents to answer the Petition (Doc. 1). The Clerk of Court has electronically served a copy of the petition in this matter on all federal respondents by Notice of Electronic Filing (NEF) using the Case Management and Electronic Case Filing (CM/ECF) system. The United States Attorney's Office must answer the Petition within ten (10) business days of entry of this Order. *See* Habeas Rules 1(b), 4 (courts have discretion to set a time for respondents to answer a habeas petition). Petitioner may file an optional reply within ten (10) business days after the answer brief is filed.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 2) is GRANTED;

2. The United States Attorney's Office must answer the Petition within ten (10) business days of entry of this Order. If Petitioner wishes to file an optional reply, he must do so within ten (10) business days after Respondents' response is filed; and

3. The Clerk's Office shall add the additional party Respondents set forth in the caption of this Order to the docket of this case.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.